# United States Court of Appeals for the Federal Circuit

---

April 21, 2020

**ERRATA**

---

Appeal No. 2018-1904

**HAFCO FOUNDRY AND MACHINE COMPANY, INCORPORATED,**
*Plaintiff-Appellee*

**v.**

**GMS MINE REPAIR AND MAINTENANCE, INC.,**
*Defendant-Appellant*

---

Decided:  March 16, 2020
Precedential Opinion

---

Please make the following changes:

On page 10, lines 19–36: change block quote paragraph (starting with the words "GMS also states that the jury . . . ") to an opinion body paragraph.

On page 11, line 2: change "oberver" to "observer".